Dionne Santos-Means v. Sheriff's Office of Cook County, Illinois

12 C 8804

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

# EXHIBIT 4

# COOK COUNTY SHERIFF'S OFFICE



Job Code: 1360
Job Title: Drill Instructor/Correctional Officer
Salary Grade: CO1
Department: Boot Camp

### *Characteristics of the Position*

### General Overview

Performs the function of all phases of inmate supervision, care and custody. Drill Instructors will also be responsible for facility security, various post operations and ancillary duties related to the post release program of the Boot Camp. Drill Instructors are required to lead and supervise inmates in rigorous and demanding physical activities on a daily basis. Drill Instructors will be involved with extensive documentation of movement, progress and disciplinary actions as they relate to the inmate population. Drill staff must be prepared to work in an armed capacity as required.

### Key Responsibilities and Duties

Instruct, lead, supervise and evaluate the progress of inmates during their confinement phase of the Boot Camp program.

Conduct daily sessions of exercise and military drill and ceremony with inmates.

Maintain accurate records regarding inmate progress, noting deficiencies and recommending a course of action for improvement.

Ensure inmates observe facility rules and regulations.

Distribute all inmate mail.

Coordinate inmate visitation.

Conduct facility counts.

Maintain appropriate logs.

Maintain familiarity with all post orders and assignments at the facility.

Ensure that fire and emergency evacuation plans are posted and observed.

Provide inmate workers with all necessary equipment and supplies.

Oversees, assists and coordinates movement of inmates both within and outside the facility

SHERIFF 00062

Conducts searches of inmates, visitors, equipment and vehicles where appropriate.

Conduct facility inspections and all scheduled security checks.

Observe and supervise all inmate meals.

Report any unusual incidents or abnormalities to their immediate supervisor and document the same.

Make court appearance / testify in cases related to their duty.

Respond as part of an emergency response team if necessary.

Respond immediately and appropriately to the scene of an emergency, disaster or any major incident in the area of responsibility.

Communicate / cooperate with all other units within the Boot Camp program.

Operate vehicles and provide transport in accordance with department policies.

**Ancillary Responsibilities**

Drill Instructors will perform any other duties established for them by department orders or as directed by a superior or commanding officer.

**Minimum Qualifications**

One (1) year completed as a correctional officer for the Cook County Department of Corrections.
Must complete a 1.5 mile run in accordance with the State of Illinois Standards.
Must complete a physical fitness exam consisting of sit-ups and push-ups in accordance with the State of Illinois Standards.
Favorable work record and attendance.
No major disciplinary actions / suspensions within a one (1) year period)
Oral interview and sample of clear report writing.
Drug test to meet the Sheriff's Drug Free Work Policy.

Upon meeting the above qualifications, candidates must successfully complete an on-site training course conducted by the Cook County Boot Camp staff that is designed to provide the individual with a working knowledge of proper rehabilitation training techniques.

**Once a candidate is accepted, the qualifications to remain on staff are as follows:**

Satisfactory quarterly and yearly evaluations from start date.

Complete and pass a bi-annual physical fitness test that will have the same criteria as the original physical fitness test for hire. If the employee fails the test, a re-test will be given within ninety (90) days. Failure upon re-test will result in transfer to the Cook County Department of Corrections.

SHERIFF 00063

Have knowledge of the Collective Bargaining Agreement for both the Drill Instructors and Drill Sergeants.

Ability to have a working relationship with many different types of personalities and keep everyone on the same goal.

*The duties listed are not set forth for purposes of limiting assignment of work. They are not to be construed as complete list of the many duties normally to be performed under a job title or those to be performed temporarily outside of an employee's normal line of work.*

SHERIFF 00064

# COOK COUNTY SHERIFF'S OFFICE



Job Code:         1361
Job Title:        Drill Sergeant
Salary Grade:     CO2
Department:       Sheriff's Office / Boot Camp

*Characteristics of the Position*

### General Overview

Performs first line supervisory function and is responsible for the day-to-day activities of subordinate staff and detainees. Responsible for the below listed typical duties as well as any other duties established by the department orders, or as directed by a superior officer and / or their commanding officer.

### Key Responsibilities and Duties

Observes the appearance and actions of all subordinate personnel. Requires subordinates to maintain and demonstrate to civilians, detainees, fellow officers and supervisors proper respect and dignity.

Evaluates subordinates on a daily basis. Compiles performance ratings on a semi-annual basis.

Attends and participates in roll call as directed. Observes subordinates as they report for roll call and ensures that all assignments are filled.

Familiar with all subjects pertaining to the duties of Drill Instructor; assists and instructs subordinates in the proper discharge of their duties.

Ensures that subordinates are aware of the departmental General Orders and Policies and Procedures. Ensures that subordinates devote themselves fully to the attainment of all departmental policies and goals while conducting themselves in a manner which reflects positively upon the department.

Ensures that subordinates respond immediately to all assignments and handle each assignment in an expeditious manner.

Responds immediately to the scene of any emergency, disaster or other major incident which occurs in their area of responsibility.

Drill Sergeant                                                                                          Page 2

Remains alert to the need of summoning investigators to crime scenes and ensuring the proper protection of a crime scene. Ensures that a thorough preliminary investigation is conducted when major incidents occur.

Collects, reviews and examines reports submitted by personnel under their supervision to ensure that all reports contain sufficient facts of the incident for investigation, along with required notification. Administers reporting officers to correct any deficiencies and sign satisfactory reports where authorized.

Provides instruction to subordinates to ensure appropriate action on problems that are developing in their area of assignment.

Observes the appearance, conduct, efficiency, productivity and discipline of subordinates. Sets an example to all subordinates in regards to diligence and observance of proper conduct. They will appear neatly attired, clean in person and equipment at all times.

Recommends remedial or disciplinary action for inefficient or incompetent performance. Imposes summary punishment according to the established procedures for less serious misconduct. Failure to take action on misconduct that is observed or brought to their attention will be held accountable.

Keep immediate supervisor informed of all conditions in their area of assignment.

Performs any other duties established for them by departmental orders or as directed by a superior officer or commanding officer.

## Desirable Qualifications

Drill Sergeants must be a certified correctional Sergeant promoted from Drill Instructor or selected from the Cook County Department of Corrections and must meet the following criteria:

One (1) year completed as a correctional officer for the Cook County Department of Corrections.

Must complete a physical fitness exam consisting of a 1.5 mile run, sit-ups and push-ups in accordance with the State of Illinois Standards.

Excellent work record and attendance.

No major disciplinary actions / suspensions within a one (1) year period.

Complete oral interview and sample of excellent report writing.

SHERIFF 00066

Drill Sergeant                                                                                             Page 3

Personality profile test (MMPI-2).

Successfully complete an on-site training course conducted by the Cook County Boot Camp staff that is designed to provide the individual with a working knowledge of proper rehabilitation training techniques.

**Upon acceptance, the qualifications to remain on staff are as follows:**

Satisfactory quarterly and yearly evaluations from start date.

Complete and pass a bi-annual physical fitness test that will have the same criteria as the original physical fitness test for hire. If the employee fails the test, a re-test will be given within ninety (90) days. Failure upon re-test will result in transfer to the Cook County Department of Corrections.

Have knowledge of the Collective Bargaining Agreement for both the Drill Instructors and Drill Sergeants.

Ability to meet other screening criteria as may be noted.

**The duties are not set forth for purposes of limiting the assignment of work. They are not to be construed as a complete list of the many duties normally to be performed under this job title or those to be performed outside the normal line of work.**

SHERIFF 00067